*Peter Campbell Brown, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*A. Bernard King* and *Edward H. Freiberger* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.

In the Matter of FRANCIS A. O'HARA, Respondent, against GEORGE P. MONAGHAN et al., Constituting the Board of Trustees of the Police Pension Fund, et al., Appellants.

Argued November 17, 1955; decided December 28, 1955.

*Peter Campbell Brown, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*Lester G. Knopping* and *George Moon* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.

In the Matter of DAVID M. DUNNING, JR., Respondent, against ALFRED E. TURNER, as City Manager of the City of Auburn, Appellant.

Submitted November 22, 1955; decided December 28, 1955.